## Check No. 046971

**EMPLOYEE:** 05-0002503 Bishop, B
**PAY RATE:** 9.750 HW
**PERIOD END:** 8/2/2008

| EARNINGS | HOURS | AMOUNT | YTD |
|---|---|---|---|
| PROD-REG | 40.00 | 390.00 | 11,978.00 |
| PROD-OT | 24.90 | 364.16 | 14,123.23 |
| PROD-HOLIDAY | 0.00 | 0.00 | 306.00 |
| PROD-FLOATING | 0.00 | 0.00 | 156.00 |
| SAFETY BONUS | 0.00 | 0.00 | 16.00 |

| DEDUCTION | AMOUNT | YTD |
|---|---|---|
| Federal W/H | 38.89 | 1,899.95 |
| FICA | 45.48 | 1,608.48 |
| Medicare | 10.64 | 376.18 |
| 401K EMPLOYEE | 37.71 | 264.24 |
| CHILD SUPPORT | 157.27 | 5,032.64 |
| DENTAL SINGLE | 3.98 | 123.38 |
| MEDICAL SINGL | 16.67 | 512.69 |
| ST DISABILITY | 2.81 | 86.90 |
| Whole Life | 5.00 | 115.00 |

GROSS EARNINGS: 754.16   26,579.23
NET EARNINGS: 435.71
TOTAL DEDUCT: 318.45   10,019.46

DIVERSIFIED SOLUTIONS (251) 660-1407

---

## Check No. 047104

**EMPLOYEE:** 05-0002503 Bishop, B
**PAY RATE:** 9.750 HW
**PERIOD END:** 8/9/2008

| EARNINGS | HOURS | AMOUNT | YTD |
|---|---|---|---|
| PROD-REG | 40.00 | 390.00 | 12,368.00 |
| PROD-OT | 31.45 | 459.96 | 14,583.19 |
| PROD-HOLIDAY | 0.00 | 0.00 | 306.00 |
| PROD-FLOATING | 0.00 | 0.00 | 156.00 |
| SAFETY BONUS | 0.00 | 0.00 | 16.00 |

| DEDUCTION | AMOUNT | YTD |
|---|---|---|
| Federal W/H | 52.54 | 1,952.49 |
| FICA | 51.42 | 1,659.90 |
| Medicare | 12.03 | 388.21 |
| 401K EMPLOYEE | 42.50 | 306.74 |
| CHILD SUPPORT | 157.27 | 5,189.91 |
| DENTAL SINGLE | 3.98 | 127.36 |
| MEDICAL SINGL | 16.67 | 529.36 |
| ST DISABILITY | 2.81 | 89.71 |
| Whole Life | 5.00 | 120.00 |

GROSS EARNINGS: 849.96   27,429.19
NET EARNINGS: 505.74
TOTAL DEDUCT: 344.22   10,363.68

PROFORMA DIVERSIFIED SOLUTIONS (251) 660-1407

---

## Check No. 047361

**EMPLOYEE:** 05-0002503 Bishop, B
**PAY RATE:** 9.750 HW
**PERIOD END:** 8/23/2008

| EARNINGS | HOURS | AMOUNT | YTD |
|---|---|---|---|
| PROD-REG | 40.00 | 390.00 | 13,148.00 |
| PROD-OT | 15.15 | 221.57 | 15,176.24 |
| PROD-HOLIDAY | 0.00 | 0.00 | 306.00 |
| PROD-FLOATING | 0.00 | 0.00 | 156.00 |
| SAFETY BONUS | 0.00 | 0.00 | 16.00 |

| DEDUCTION | AMOUNT | YTD |
|---|---|---|
| Federal W/H | 18.57 | 2,010.99 |
| FICA | 36.64 | 1,742.47 |
| Medicare | 8.57 | 407.52 |
| 401K EMPLOYEE | 30.58 | 375.39 |
| CHILD SUPPORT | 157.27 | 5,504.45 |
| DENTAL SINGLE | 3.98 | 135.32 |
| MEDICAL SINGL | 16.67 | 562.70 |
| ST DISABILITY | 2.81 | 95.33 |
| Whole Life | 5.00 | 130.00 |

GROSS EARNINGS: 611.57   28,802.24
NET EARNINGS: 331.48
TOTAL DEDUCT: 280.09   10,964.17

PROFORMA DIVERSIFIED SOLUTIONS (251) 660-1407

## Check 047927

| EMPLOYEE | | | | PAY RATE | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|---|
| 05-0002503 Bishop, B | | | | 9.750 HW | 9/20/2008 | 047927 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| PROD-REG | 40.00 | 390.00 | 14,630.00 | Federal W/H | 34.62 | 2,098.48 |
| PROD-OT | 22.85 | 334.18 | 16,149.23 | FICA | 43.62 | 1,894.39 |
| PROD-HOLIDAY | 0.00 | 0.00 | 384.00 | Medicare | 10.20 | 443.06 |
| PROD-FLOATING | 0.00 | 0.00 | 156.00 | 401K EMPLOYEE | 36.21 | 502.04 |
| SAFETY BONUS | 0.00 | 0.00 | 16.00 | CHILD SUPPORT | 157.27 | 6,133.53 |
| | | | | DENTAL SINGLE | 3.98 | 151.24 |
| | | | | MEDICAL SINGL | 16.67 | 629.38 |
| | | | | ST DISABILITY | 2.81 | 106.57 |
| | | | | Whole Life | 5.00 | 150.00 |

| GROSS EARNINGS: | 724.18 | 31,335.23 | TOTAL DEDUCT: | 310.38 | 12,108.69 |
|---|---|---|---|---|---|
| NET EARNINGS: | 413.80 | | | | |

PROFORMA DIVERSIFIED SOLUTIONS (251) 660-1407

## Check 047801

| EMPLOYEE | | | | PAY RATE | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|---|
| 05-0002503 Bishop, B | | | | 9.750 HW | 9/13/2008 | 047801 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| PROD-REG | 40.00 | 390.00 | 14,240.00 | Federal W/H | 15.82 | 2,063.86 |
| PROD-OT | 13.83 | 202.26 | 15,815.05 | FICA | 35.44 | 1,850.77 |
| PROD-HOLIDAY | 0.00 | 0.00 | 384.00 | Medicare | 8.29 | 432.86 |
| PROD-FLOATING | 0.00 | 0.00 | 156.00 | 401K EMPLOYEE | 29.61 | 465.83 |
| SAFETY BONUS | 0.00 | 0.00 | 16.00 | CHILD SUPPORT | 157.27 | 5,976.26 |
| | | | | DENTAL SINGLE | 3.98 | 147.26 |
| | | | | MEDICAL SINGL | 16.67 | 612.71 |
| | | | | ST DISABILITY | 2.81 | 103.76 |
| | | | | Whole Life | 5.00 | 145.00 |

| GROSS EARNINGS: | 592.26 | 30,611.05 | TOTAL DEDUCT: | 274.89 | 11,798.31 |
|---|---|---|---|---|---|
| NET EARNINGS: | 317.37 | | | | |

PROFORMA DIVERSIFIED SOLUTIONS (251) 660-1407

## Check 047553

| EMPLOYEE | | | | PAY RATE | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|---|
| 05-0002503 Bishop, B | | | | 9.750 HW | 8/30/2008 | 047553 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| PROD-REG | 40.00 | 390.00 | 13,538.00 | Federal W/H | 13.00 | 2,023.99 |
| PROD-OT | 12.07 | 176.52 | 15,352.76 | FICA | 33.84 | 1,776.31 |
| PROD-HOLIDAY | 0.00 | 0.00 | 306.00 | Medicare | 7.92 | 415.44 |
| PROD-FLOATING | 0.00 | 0.00 | 156.00 | 401K EMPLOYEE | 28.33 | 403.72 |
| SAFETY BONUS | 0.00 | 0.00 | 16.00 | CHILD SUPPORT | 157.27 | 5,661.72 |
| | | | | DENTAL SINGLE | 3.98 | 139.30 |
| | | | | MEDICAL SINGL | 16.67 | 579.37 |
| | | | | ST DISABILITY | 2.81 | 98.14 |
| | | | | Whole Life | 5.00 | 135.00 |

| GROSS EARNINGS: | 566.52 | 29,368.76 | TOTAL DEDUCT: | 268.82 | 11,232.99 |
|---|---|---|---|---|---|
| NET EARNINGS: | 297.70 | | | | |

PROFORMA DIVERSIFIED SOLUTIONS (251) 660-1407